**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-283 |
| | § | |
| 2.602  ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS;  AND | § | |
| JOSE M. VILLARREAL, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition  Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination  and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction  over this action pursuant to 28 U.S.C.

§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public  purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6023
Owner:  Jose M. Villarreal, *et al.*
Acres:  2.602

**Being** a 2.602 acre (113,353 square feet) parcel of land, more or less, being out of the Juan B. Villareal Survey, Abstract No. 183, Porción 75, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, and being out of a called 13.79 acre tract conveyed to Luz Rodriguez, Victoria Rodriguez, Margarita Rodriguez, Cleotilde Rodriguez, Leonor Rodriguez, Jose Rodriguez and Maximo Rodriguez by Certified Copy of Decree recorded in Volume 52, Page 4, Deed Records of Starr County, Texas (Tract No. 83, Share 19), being the same tract of land conveyed to Jesus L. Villarreal by Warranty Deed recorded in Volume 225, Page 479, Deed Records of Starr County, Texas, being the same tract of land conveyed to Jose Manuel Villarreal by Gift Deed recorded in Volume 970, Page 56, Official Records of Starr County, Texas and being the same tract of land conveyed to Jose Manuel Villarreal and Armandina B. Villarreal by Special Warranty Deed recorded in Volume 1498, Page 760, Official Records of Starr County, Texas (Tract I), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1" iron pipe in the west line of the 13.79 acre tract, the east line of Tract No. 84, Share 17 as recorded in Volume 52, Page 4, Deed Records of Starr County, Texas and the east line of a called 8.06 acre tract conveyed to Manuel Rodriguez by Partition Agreement recorded in Volume 425, Page 528, Deed Records of Starr County, Texas (Parcel No. Twenty), being the same tract conveyed to Juan Manuel Cortez Jr. and Ediel Cortez by Warranty Deed of Gift recorded in Instrument No. 2018-345442, Official Records of Starr County, Texas (Parcel No. 20), and being the same tract conveyed to Alfredo G. Rodriguez and Ella Rodriguez, Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014 by Trust Transfer Deed recorded in Volume 1429, Page 498, Official Records of Starr County, Texas (Third Tract), said point having the coordinates of N=16659550.711, E=860654.369, said point bears S 86°00'32" E, a distance of 5068.99' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** N 09°41'44" E (S 09°15'00" W, Record), with the west line of the 13.79 acre tract and the east line of the 8.06 acre tract, for a distance of 178.99' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6021-4=6023-1" for the **Point of Beginning** and southwest corner of Tract RGV-RGC-6023, said point being in the west line of the 13.79 acre tract and the east line of the 8.06 acre tract, said point having the coordinates of N=16659727.147, E=860684.514;

**Thence:** N 09°41'44" E (S 09°15'00" W, Record), continuing with the west line of the 13.79 acre tract and the east line of the 8.06 acre tract, for a distance of 211.60' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following

## SCHEDULE C (Cont.)

description: "RGV-RGC-6021-3=6023-2" for the northwest corner of Tract RGV-RGC-6023, said point being in the west line of the 13.79 acre tract and the east line of the 8.06 acre tract;

**Thence:** N 80°38'10" E, departing the east line of the 8.06 acre tract, over and across the 13.79 acre tract, for a distance of 566.77' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6023-3" for the northeast corner of Tract RGV-RGC-6023, said point being in the east line of the 13.79 acre tract, the east line of Tract No. 83, Share 19, the west line of Tract No. 82, Share 15 as recorded in Volume 52, Page 4, Deed Records of Starr County, Texas and the west line of a called 4.61 acre tract conveyed to Adan Garcia and Idalia Garcia by Warranty Deed with Vendor's Lien recorded in Volume 1515, Page 100, Official Records of Starr County, Texas;

**Thence:** S 09°41'47" W (N 09°15'00" E, Record), with the east line of the 13.79 acre tract and the west line of the 4.61 acre tract, passing at 62.74' the southwest corner of the 4.61 acre tract and the northwest corner of the remainder of a called 8.84 acre tract conveyed to Manuel P. Guillen by Deeds recorded in Volume 178, Page 230, Volume 178, Page 231, Volume 437, Page 265, Deed Records of Starr County, Texas and Volume 510, Page 325, Official Records of Starr County, Texas, and being the same tract of land conveyed to Stephen M. Guillen by Affidavit of Heirship recorded in Volume 1024, Page 333 and Volume 1045, Page 835, Official Records of Starr County, Texas, continuing for a total distance of 211.60' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6023-4=6024-3" for the southeast corner of Tract RGV-RGC-6023, said point being in the east line of the 13.79 acre tract and the west line of the remainder of the 8.84 acre tract;

**Thence:** S 80°38'10" W, departing the west line of the remainder of the 8.84 acre tract, over and across the 13.79 acre tract, for a distance of 566.76' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



LEGEND

● 5/8" REBAR W/ "MDS" CAP SET
△ CONTROL POINT
⊙ FOUND MONUMENT

DRSC  DEED RECORDS OF STARR COUNTY
IPF   1" IRON PIPE FOUND
IRF   1/2" IRON ROD FOUND
ORSC  OFFICIAL RECORDS OF STARR COUNTY
PG    PAGE
POB   POINT OF BEGINNING
POC   POINT OF COMMENCING
PRSC  PLAT RECORDS OF STARR COUNTY
SBF   SQUARE BAR FOUND
VOL   VOLUME

——————————  ACQUISITION BOUNDARY
— — — — — —  ADJOINING ACQUISITION BOUNDARY
〜〜〜〜〜〜  BRUSH/VEGETATION
————— P L ——  PROPERTY LINE
— x — x — x —  WIRE FENCE
(#)  SEE SHEET 5

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 86°00'32" E | 5068.99' | N/A | N/A |
| L2 | N 09°41'44" E | 178.99' | S 09°15'00" W | N/A |
| L3 | N 09°41'44" E | 211.60' | S 09°15'00" W | N/A |
| L4 | N 80°38'10" E | 566.77' | N/A | N/A |
| L5 | S 09°41'47" W | 211.60' | N 09°15'00" E | N/A |
| L6 | S 80°38'10" W | 566.76' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16659727.147 | 860684.514 | RGV-RGC-6021-4=6023-1 |
| 2 | 16659935.725 | 860720.151 | RGV-RGC-6021-3=6023-2 |
| 3 | 16660027.940 | 861279.364 | RGV-RGC-6023-3 |
| 4 | 16659819.362 | 861243.725 | RGV-RGC-6023-4=6024-3 |
| 5 | 16659550.711 | 860654.369 | POC RGV-RGC-6023 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS | LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | | BY | DATE |
|---|---|---|---|---|---|---|
| **METES & BOUNDS SURVEY** | Work Description | Date | Appr. | Drawn | LMK | 1/00 |
| THE KNOWN & UNKNOWN HEIRS OF | | | | Checked | LMK | 1/00 |
| LUZ RODRIGUEZ, ET AL. | | | | Surveyor | JGB | 1/00 |
| **TRACT No. RGV-RGC-6023** | | | | Fld.Bk. # | | |
| STARR COUNTY          TEXAS | CONTRACT No.  W9127Z-14-D-0013 | | | | | |

Drawing Ref. No. SHEET 4 OF 5



B&F ENGINEERING, INC.

U.S. Army Corps of Engineers

MDS PROJ. NO. 19-200-00     FILE NAME: RGV-RGC-6023     DATE: 1/31/2020

## SCHEDULE D (Cont.)

**(1a)**
LUZ RODRIGUEZ, ET AL
CALLED 13.79 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 83, SHARE No. 19)

JESUS L. VILLARREAL
WARRANTY DEED
VOL. 225, PG. 479 DRSC

JOSE MANUEL VILLARREAL
GIFT DEED
VOL. 970, PG. 56 DRSC

JOSE MANUEL VILLARREAL
& ARMANDINA D. VILLARREAL
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 DRSC
(TRACT I)

REMAINING AREA: 8.338 ACRES

**(1b)**
LUZ RODRIGUEZ, ET AL
CALLED 13.79 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 83, SHARE No. 19)

JESUS L. VILLARREAL
WARRANTY DEED
VOL. 225, PG. 479 DRSC

JOSE MANUEL VILLARREAL
GIFT DEED
VOL. 970, PG. 56 DRSC

JOSE MANUEL VILLARREAL
& ARMANDINA D. VILLARREAL
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 DRSC
(TRACT I)

REMAINING AREA: 2.966 ACRES

**(2)**
MANUEL RODRIGUEZ
CALLED 8.06 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. TWENTY)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 498 DRSC
(THIRD TRACT)

JUAN MANUEL CORTEZ JR.
& EDSEL CORTEZ
WARRANTY DEED OF GIFT
INST. No. 2018—345442 DRSC
(PARCEL No. 20)

**(3)**
ADAN GARCIA & IDALIA GARCIA
CALLED 4.61 ACRES
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 1515, PG. 100 DRSC

LAZARO RODRIGUEZ
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 82, SHARE 15)

**(7)**
NOEL GARCIA
CALLED 4.66 ACRES
WARRANTY DEED
VOL. 1197, PG. 324 DRSC
(TRACT No. 80, SHARE 25)

JUAN M. VILLARREAL
& LUCIA V. GARCIA
WARRANTY DEED
VOL. 254, PG. 266 DRSC

**(4)**
MANUEL P. GUILLEN
REMAINDER OF
CALLED 8.84 ACRES
WARRANTY DEED
VOL. 178, PG. 230 DRSC
VOL. 178, PG. 231 DRSC
VOL. 437, PG. 265 DRSC
VOL. 510, PG. 325 DRSC

STEPHEN M. GUILLEN
AFFIDAVIT OF HEIRSHIP
VOL. 1024, PG. 333 DRSC
VOL. 1045, PG. 635 DRSC

**(5)**
STATE OF TEXAS
CALLED 8.67 ACRES
FINAL SUMMARY JUDGMENT
CAUSE No. DC—09—426
VOL. 1331, PG. 51 DRSC
(TRACT No. 81, SHARE 30)

**(9)**
MIGUEL RODRIGUEZ
CALLED 5.44 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. TEN)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ,
TRUSTEES OF THE
ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ
LIVING TRUST OF 2014
TRUST TRANSFER DEED
VOL. 1429, PG. 498 DRSC
(SECOND TRACT)

**(6)**
JOSE MANUEL VILLARREAL
& ARMANDINA D. VILLARREAL
CALLED 131.63 ACRES
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 DRSC
(TRACT II)

**(10)**
DIONICIO CRUZ
& FELIPA GARZA DE CRUZ
CALLED 1.33 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 75, SHARE 2)

**(11)**
GUILLERMA GARZA DE VILLARREAL
CALLED 1.46 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 74, SHARE 25)

**(15)**
LOT 5
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(8)**
MIGUEL RODRIGUEZ
CALLED 4.35 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. ELEVEN)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 498 DRSC
(THIRD TRACT)

**(14)**
LOT 10
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(19)**
LOT 1
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(12)**
T—MOBILE WEST TOWER LLC.
MEMORANDUM OF FIRST AMENDMENT
TO SITE LEASE W/ OPTION
VOL. 1412, PG. 281 DRSC
(ANTENNA TRACT)

**(13)**
LOT 9
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(18)**
LOT 2
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(20)**
JOSE MANUEL VILLARREAL
& ARMANDINA D. VILLARREAL
CALLED 1.90 ACRES
DEED OF TRUST
INST. No. 2019—353,179 DRSC
(PARCEL 8)

**(21)**
JOSE M. VILLARREAL
CALLED 1.901 ACRES
GIFT DEED
VOL. 900, PG. 55 DRSC
(PARCEL 7)

**(16)**
LOT 4
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(17)**
LOT 3
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**(22)**
MILRADO GARZA
CALLED 8.31 ACRES
WARRANTY DEED
SURFACE RIGHTS ONLY
VOL. 1402, PG. 225 DRSC
(PARCEL 16, TRACT 68, SHARE 18)

ALFREDO G. RODRIGUEZ, ET AL
TRUST TRANSFER DEED
VOL. 1429, PG. 498 DRSC
(SECOND TRACT)

**(23)**
CRUZ GARZA, JR.
CALLED 8.06 ACRES
WARRANTY DEED
VOL. 470, PG. 605 DRSC

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 498 DRSC
(SECOND TRACT)



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7256 SIDNER BAKER Dr. • KERRVILLE, TX 78028 • 830-896-1818

**METES & BOUNDS SURVEY**
THE KNOWN & UNKNOWN HEIRS OF
LUZ RODRIGUEZ, ET AL
**TRACT No. RGV-RGC-6023**
STARR COUNTY          TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/00 |
| Checked | LMK | 1/00 |
| Surveyor | JDB | 1/00 |
| Fld.Bk. # | | |

CONTRACT No.: W91275-14-D-0013
T.O.: W4EHMAB1577867000J



**B&F ENGINEERING, INC.**



US Army Corps of Engineers

## SCHEDULE D (Cont.)



Tract: RGV-RGC-6023
Owner: Jose M. Villarreal, *et al.*
Acreage: 2.602

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6023
Owner:  Jose M. Villarreal, *et al.*
Acres:  2.602

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of the real property conveyed by Special Warranty Deed filed for record in Starr County, Texas recorded on January 11, 2017 as Document No. 2017-333842 at Volume 1498 Page 760 reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

      The sum estimated as just compensation for the land being taken is THIRTY ONE THOUSAND, SIX HUNDRED AND SEVENTY THREE DOLLARS AND NO/100 ($31,673.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose M. Villarreal & Armandina B. Villarreal**<br><br>Rio Grande City, TX  78582 | **RGV-RGC-6023**<br>Gift Deed, Document # 2003-231548; Recorded August 6, 2003, Deed Records of Starr County, Texas<br><br>Special Warranty Deed, Document # 2017-00333842; Recorded January 11, 2017, Deed Records of Starr County, Texas |
| **Maria V. Gomez**<br><br>San Antonio, TX 78245 | Presumptive heir of Jesus L. Villarreal, relating back to the interest conveyed in Warranty Deed; Document # 1954-39018; Recorded March 12, 1954, Deed Records of Starr County, Texas<br><br>Warranty Deed; Document # 1954-40696; Recorded January 6, 1955, Deed Records of Starr County, Texas<br><br>Warranty Deed; Document # 1957-46458; Recorded May 27, 1957, Deed Records of Starr County, Texas |
| **The Unknown Heirs of Cleotilde Rodriguez a/k/a Clotilde Rodriguez a/k/a Clotilde Rodriguez Blaylock** | Final Decree of Partition, Document # 1925-806; Recorded August 31, 1925, Deed Records of Starr County, Texas |
| **The Unknown Heirs of Luz Rodriguez a/k/a Luz Rodriguez de Gonzalez a/k/a Maria de la Luz Gonzalez** | Final Decree of Partition, Document # 1925-806; Recorded August 31, 1925, Deed Records of Starr County, Texas |
| **Maria Guadalupe Escobar a/k/a Maria Guadalupe Villarreal**<br><br>Rio Grande City, TX  78582 | Affidavit of Heirship, Document # 2010-00294035; Recorded November 16, 2010, Deed Records of Starr County, Texas |

| | |
|---|---|
| **Maria Isabel Villarreal a/k/a**<br>**Maria Villarreal Haase**<br><br>Tucumcari, NM  88401-4607<br><br>**Ernestina Veronica Villarreal  a/k/a**<br>**Ernestina Veronica Villarreal Garcia**<br><br>Rio Grande City, TX  78582-4339<br><br>**Cynthia Villarreal a/k/a**<br>**Cynthia Villarreal Flores**<br><br>Rio Grande City, TX  78582<br><br> **&**<br><br>**Luis Mario Villarreal**<br><br>Rio Grande City, TX  78582 | |
| **Ameida Salinas**<br>Starr County Tax Assessor - Collector<br>100 N. FM 3167 Suite 201<br>Rio Grande City, TX 78582 | Property Taxes |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 2.602 Acres of Land, More of Less, Situate in Starr County, State of Texas; and Jose M. Villarreal, et. al. |

| (b)   County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant    Starr<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>          THE TRACT OF LAND INVOLVED. |
|---|---|
| (c)   Attorneys *(Firm Name, Address, and Telephone Number)*<br>N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX  78501 | Attorneys *(If Known)* |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>     & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>     Student Loans<br>     (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>     of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>     Liability<br>☐ 320 Assault, Libel &<br>     Slander<br>☐ 330 Federal Employers'<br>     Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>     Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>     Product Liability<br>☐ 360 Other Personal<br>     Injury<br>☐ 362 Personal Injury -<br>     Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>     Product Liability<br>☐ 367 Health Care/<br>     Pharmaceutical<br>     Personal Injury<br>     Product Liability<br>☐ 368 Asbestos Personal<br>     Injury Product<br>     Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>     Property Damage<br>☐ 385 Property Damage<br>     Product Liability | ☐ 625 Drug Related Seizure<br>     of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>     Act<br>☐ 720 Labor/Management<br>     Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>     Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>     Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>     28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>     New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>     3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>     Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>     Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>     Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☒ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>     Accommodations<br>☐ 445 Amer. w/Disabilities -<br>     Employment<br>☐ 446 Amer. w/Disabilities -<br>     Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>     Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>     Conditions of<br>     Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>     Actions | ☐ 870 Taxes (U.S. Plaintiff<br>     or Defendant)<br>☐ 871 IRS—Third Party<br>     26 USC 7609 | ☐ 899 Administrative Procedure<br>     Act/Review or Appeal of<br>     Agency Decision<br>☐ 950 Constitutionality of<br>     State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

| VII.  REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $ _____ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____          DOCKET NUMBER _____

| DATE<br>09/18/2020 | SIGNATURE OF ATTORNEY OF RECORD<br>/s/ N. Joseph Unruh |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____