Case 7:20-cv-00283 Document 16 Filed on 11/06/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> 2.602 ACRES OF LAND, more or less, in § <br> STARR COUNTY, TEXAS; JOSE M. § <br> VILLARREAL; ARMANDINA B. § <br> VILLARREAL; MARIA V. GOMEZ; § <br> MARIA GUADALUPE ESCOBAR a/k/a § <br> MARIA GUADALUPE VILLARREAL; § <br> MARIA ISABEL VILLARREAL a/k/a § <br> MARIA VILLARREAL HAASE; § <br> ERNESTINA VERONICA VILLARREAL § <br> a/k/a ERNESTINA VERONICA § <br> VILLARREAL GARCIA; CYNTHIA § <br> VILLARREAL a/k/a CYNTHIA § <br> VILLARREAL FLORES; LUIS MARIO § <br> VILLARREAL; AMEIDA SALINAS, § <br> STARR COUNTY TAX ASSESSOR- § <br> COLLECTOR; THE UNKNOWN HEIRS § <br> OF CLEOTILDE RODRIGUEZ a/k/a § <br> CLOTILDE RODRIGUEZ a/k/a § <br> CLOTILDE RODRIGUEZ BLAYLOCK; § <br> and THE UNKNOWN HEIRS OF LUZ § <br> RODRIGUEZ a/k/a LUZ RODRIGUEZ DE § <br> GONZALEZ a/k/a MARIA DE LA LUZ § <br> GONZALEZ, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:20-cv-00283 |

## **ORDER**

The Court now considers the disclaimers executed by Defendants Cynthia Villarreal a/k/a Cynthia Villarreal Flores,[1] Luis Mario Villarreal,[2] Maria Guadalupe Escobar a/k/a Maria

---

[1] Dkt. No. 12.

Guadalupe Villarreal,[3] and Maria V. Gomez.[4] In the respective disclaimers, the United States requests the Court dismiss the disclaimed Defendant from this case. In the respective disclaimers attached to the notice, each Defendant respectively announce that they "disclai[m] any right, title, claim or interest in the just compensation paid or to be paid for the taking of the lands" that are the subject of this eminent domain case and request to be dismissed from this action.[5]

Under Federal Rule of Civil Procedure 71.1(i)(2), the Court may at any time dismiss an unnecessarily or improperly joined Defendant, or any Defendant that has no interest in the property to be condemned.[6] The Court reviewed the disclaimers and finds them to be duly executed. The Court thus finds good cause for dismissing the disclaimed Defendants from this case. Accordingly, the Court **DISMISSES** Defendants Cynthia Villarreal a/k/a Cynthia Villarreal Flores, Luis Mario Villarreal, Maria Guadalupe Escobar a/k/a Maria Guadalupe Villarreal, and Maria V. Gomez from this case and instructs the Clerk of the Court to terminate each Defendant as a party to this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of November 2020.

_____
Micaela Alvarez
United States District Judge

---

[2] Dkt. No. 13.
[3] Dkt. No. 14.
[4] Dkt. No. 15.
[5] Dkt. Nos. 12-1, 13-1, 14-1, 15-1.
[6] FED. R. CIV. P. 71.1(i)(2); *see id.* advisory committee's note to 1951 amendment ("[T]he court may at any time drop a defendant who has been unnecessarily or improperly joined as where it develops that he has no interest.").